PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:04CR00413-01** |
| ) | |
| **REGINA MARIE FRATINI** ) | |
| ) | |

On January 25, 2005, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER
United States Probation Officer**

Dated:      March 27, 2007
            Redding, California
            JCO/ah

                    /s/ Richard A. Ertola
**REVIEWED BY:**   _____
            **RICHARD A. ERTOLA
            Supervising United States Probation Officer**

Re:     FRATINI, Regina Marie
        Docket Number:   2:04CR00413-01
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATED: April 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/fratini0413.ord

Attachment:   Recommendation

cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office